UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

Case No. 1:24-cv-00249-MW-ZCB

MAKEDA EVANS,

    Plaintiff,

vs.

BOLAY ENTERPRISES, LLC,

    Defendant,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Makeda Evans ("Plaintiff") by and through her undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, BOLAY ENTERPRISES, LLC ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties forty-five (45) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Dated March 10, 2025.

Respectfully submitted,

By: */s/ Aleksandra Kravets*
Aleksandra Kravets
Florida Bar No.: 120562

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Aleksandra Kravets*
Aleksandra Kravets
Florida Bar No.: 120562

ALEKSANDRA KRAVETS, ESQ. P.A.
*Counsel for Plaintiff*
1100 Buchanan Street
Hollywood, FL 33019
Tel.: 347.268.9533
Email: ak@akesqpa.com