IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MAKEDA EVANS,**

    *Plaintiff*,

v.                                                         Case No.: 1:24cv249-MW/ZCB

**BOLAY ENTERPRISES, LLC,**

    *Defendant.*

_____/

## ORDER FOR DISMISSAL

Plaintiff has filed a notice of voluntary dismissal **with prejudice**. ECF No. 8.[1] Inasmuch as Defendant has not filed an answer or motion for summary judgment, the notice of voluntary dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990).

Accordingly, the Clerk shall enter judgment stating, "This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i)." The Clerk shall close the file.

**SO ORDERED on April 18, 2025.**

                                                               s/Mark E. Walker
                                                                **Chief United States District Judge**

---

[1] Under Rule 41(a)(1)(B), "[u]nless the notice or stipulation states otherwise," the dismissal is ordinarily without prejudice. Here, Plaintiff specifically states that this case is dismissed with prejudice. *See* ECF No. 8.